UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
JOSE FIGUEROA,                                             Case No.: 1:18-cv-09929-PAC

                      Plaintiff,

      -against-                                           VOLUNTARY DISMISSAL
                                                                        WITH PREJUDICE

327 BLEECKER STREET LLC, NEIL BENDER,
JEAN PAGNOTTA, STEVEN PAPPAS, ANDREW
SECULAR, BARRY SECULAR, TORTILLA
FLATS, INC, WILLIAM GOTTLIEB
MANAGEMENT CO, LLC,

                      Defendants.
-------------------------------------------------------------------X

        **WHEREAS**, no Answer, no Notice of Appearance and no Motion has been filed by any of the defendants and,

        **WHEREFORE**, plaintiff hereby agrees to voluntarily dismiss this action with prejudice as to all defendants, pursuant to Rule 41(a)(1)(i) of the Fed. R. Civ. P. and requests that the Clerk enter this Stipulation pursuant to Rule 41(a)(1)(i) of the Fed. R. Civ. without an order of the Court. Each party shall bear his or its own attorney's fees and costs.

Dated: Syosset, New York
       January 28, 2019

                                                      _____
                                                      Stuart H. Finkelstein, Esq.
                                                      338 Jericho Turnpike
                                                      Syosset, New York 11791
                                                      (718) 261-4900